UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-                                          14-cr-509 (NSR)
                                                   OPINION & ORDER

LAWRENCE BROWN,

           Defendant.

------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

Pending before the Court are two motions *in limine*: the Government's motion to preclude testimony of prior arrests and other acts of two of the Government's witnesses (ECF No. 39) and Defendant's motion to preclude the Government from eliciting evidence at trial of Defendant's prior misconduct (ECF No. 40). The Government, by letter dated January 26, 2017, expressed that it had no intention of presenting evidence pursuant to Federal Rule of Evidence 404(b). (ECF No. 45.) Therefore, Defendant's motion is moot. As for the Government's motion, the Court will hold it in abeyance until trial and decide on the extent of permissible cross-examination at that time pursuant to Federal Rules of Evidence 609 and 403. The Clerk of the Court is respectfully requested to terminate the motions at ECF Nos. 39 & 40.

Dated:   February 7, 2017
           White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge