UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| LAWRENCE BROWN, | |
| | Defendant. |

ORDER OF RESTITUTION

14 Cr. 509 (NSR) -01

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Anden Chow and Allison Nichols, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's convictions on Counts One and Three of the above-referenced Indictment; and all prior proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** LAWRENCE BROWN, the Defendant, shall pay restitution in the amount of **$26,051.89** to the victims of the offense charged in Counts One and Three, namely Shop Rite/Insure-Rite and Rite Aid. The specific amount owed to the victims and the addresses to which the Clerk of Court should send restitution payments are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
Dec. 9, 2019

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
|---|
| v. |
| LAWRENCE BROWN, |
| Defendant. |

SCHEDULE OF VICTIMS

14 Cr. 509 (NSR)

| Name | Address | Amount of Restitution |
|---|---|---|
| Shop Rite/Insure-Rite | 105 Fieldcrest Avenue<br>Edison, NJ 08837<br>Attn: Craig Hoffman | $20,140 |
| Rite Aid | 393 Windsor Highway<br>New Windsor, NY 12533<br>Attn: Bryan Zaccagnino | $5,911.89 |
| **Total** | | $26,051.89 |

09.10.2013