# LAW OFFICES
## JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 100
### Garden City, New York 11530
### (516) 742-5600  Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

**MEMO ENDORSED**

> *Application is denied without prejudice to renew upon providing statutory and/or case law authority that a Court's Statement of Reasons (Form 245B) is a public document subject to disclosure. Clerk of the Court requested to terminate the motion (doc. 92).*
>
> *Dated: May 20, 2020*
>
> **SO ORDERED:**
>
> _____
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

May 8, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   United States v. Lawrence Brown
            Docket # 14 CR 509 (NSR)

Dear Judge Román,

    On November 6, 2019, Your Honor sentenced Mr. Brown after the case was remanded from the Second Circuit. Mr. Brown has chosen to appeal the resentence on various grounds. In order to properly represent Mr. Brown on appeal, I need to review the Statement of Reasons form (AO 245B) which the Court was required to file. It is not docketed, and therefore unavailable to me.

    I therefore respectfully <u>request that the Statement of Reasons form prepared by the Court in connection with this sentencing be provided to me, under seal</u>, for use in connection with the appeal.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN, ESQ.
*Digitally signed by JOHN S. WALLENSTEIN, ESQ.*
*Date: 2020.05.08 12:17:01 -04'00'*

**JOHN S. WALLENSTEIN**

JSW/hs
cc:   AUSA Anden Chow (by ECF)
       AUSA Allison Nichols (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020